**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: THE ESTATE OF PERRY M.    : No. 683 MAL 2014
MCKEAN, DECEASED, JUNE L.    :
CONFER, ADMINISTRATRIX    :
   : Petition for Allowance of Appeal from the
   : Order of the Superior Court
   :
   :
PETITION OF:  LARRY HAINES    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2015, the Petition for Allowance of Appeal

is **DENIED**.